OFFICIAL NOTICE TO COURT OF CRIMINAL APPEALS

Bedford Washington
F98-D2765-P

4-14-2015

RECEIVED IN
COURT OF CRIMINAL APPEALS
SEP 18 2015
Abel Acosta, Clerk

Dear. Clerk Abel Acosta

I am Requesting a copy of the Transcript (computer Recorded Matter) of Appeals / Writ habeas History, Related orders / Actions Taken by this court of criminal Appeals in the above Regarding Trial court Re: Writ No. WR-55,184-01 Style Bedford Washington Trial CT N: W-98-D2765-(P)(A)

Thereof / There After

/

Thank you

Bedford Washington #872962
Clements unit 96 D1 Spur 591
Amarillo Texas 79107-9606